United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Meredyth A. Kippes,
for the United States Trustee
meredyth.kippes@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-30745-SWE** |
| **Builders Direct Sales Group, LLC** | § | |
| | § | |
| | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| **Debtor.** | § | |
| | § | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Brad W. Odell
Mullin Hoard & Brown, LLP
P. O. Box 2585
Lubbock, TX  79408
806-712-1238-direct
806-765-7491-office
469-449-3690-mobile
bodell@mhba.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated:     Dallas, Texas
          April 20, 2023

          WILLIAM T. NEARY,
          UNITED STATES TRUSTEE

/s/ *Meredyth A. Kippes*
Meredyth A. Kippes
State Bar No. 24007882
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1079
meredyth.kippes@usdoj.gov

## Certificate of Service

    I certify that on April 20, 2023, a copy of this document was served on each party listed on the attached matrix.

/s/ *Meredyth A. Kippes*
Meredyth A. Kippes