```
Label Matrix for local noticing         Builders Direct Sales Group LLC          1100 Commerce Street
0539-3                                  2009 McKenzie Dr.                        Room 1254
Case 23-30745-swe11                     Suite 124                                Dallas, TX 75242-1305
Northern District of Texas              Carrollton, TX 75006-8366
Dallas
Tue Apr 18 17:09:29 CDT 2023

American Express                        BFG Corporation                          Bosch
PO Box 981535                           2801 Lakeside Dr., Ste. 212              38000 Hills Tech Dr.
El Paso, TX 79998-1535                  Bannockburn, IL 60015-1200               Farmington, MI 48331-3418


Carrier North Texas                     Dailin Comfort Technologies Manu.        First Industrial
2000 Luns Rd.                           19001 Kermier Rd                         5310 Harvest Hill
Carrollton, TX 75006-6424               Waller, TX 77484-8810                    Dallas, Texas 75230-5846


IRS                                     Johnson Supply                           Misty Gasiorowski
P.O. Box 7346                           10151 Stella Link                        24 Greenway Plaza, St 2050
Philadelphia, PA 19101-7346             Houston, TX 77025-5398                   Houston, TX 77046


Motili Inc.                             Texas Ace Heating and Air                United States Trustee
1900 Wazee, St. 1533                    870 Dividend Rd, St C                    1100 Commerce Street
Denver, CO 80202-1206                   Midlothian, TX 76065-6530                Room 976
                                                                                 Dallas, TX 75242-0996


United States Trustee                   Winn Supply                              Howard Marc Spector
1100 Commerce Street                    1445 W. Beltline Rd. St 100 Carrollton T Spector & Cox, PLLC
Room 976                                Carollton, TX 75006-6928                 12770 Coit Road
Dallas, Texas 75242-0996                                                         Banner Place, Suite 850
                                                                                 Dallas, TX 75251-1336


End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```