

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 1, 2023**

_____
**United States Bankruptcy Judge**

_____

BTXN 218 (rev. 07/17)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Builders Direct Sales Group LLC  §   Case No.: 23−30745−swe11
  §   Chapter No.: 11
  Debtor(s)  §

**ORDER EXTENDING DEADLINE TO FILE DEFICIENT DOCUMENT(S)**

The Court, after review of the Motion to extend deadline to file deficient document(s) (excluding credit counseling and creditor matrix) in the above−entitled and numbered case, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the deadline to file the deficient document(s), (excluding credit counseling and creditor matrix) in this case is extended to 05/03/2023.

# # # End of Order # # #