Howard Marc Spector
TBA #00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

**PROPOSED COUNSEL
FOR THE DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | |
| **Builders Direct Sales Group, LLC** § | Case No. 23-30745 |
| § | |
| **Debtor.** § | |

## MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

COMES NOW, Builders Direct Sales Group, LLC (the "**Debtor**") and files this Motion to Extend Time (the "**Motion**") to File Schedules and Statement of Financial Affairs (the "**Deficient Documents**"), and respectfully states:

1.  The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. The Motion presents a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). The Court has the authority to grant the requested relief in this Motion pursuant to Local Bankruptcy Rule 1007.1(b).

2.  On April 15, 2023, the Debtor filed a petition for relief under Chapter 11 of Title 11 of the United States Code.

3.  The Debtor requests an additional fourteen (14) days in which to file its Deficient Documents. Due to conflicts between counsel and the Debtor's schedule, counsel for the Debtor

has not been able to compile all necessary information for review by the Debtor by the currently established deadline.

4. Because the creditors' meeting is scheduled for May 25, 2023, the Debtor expects that the proposed delay will still enable creditors and the Office of the U.S. Trustee to review the Deficient Documents in advance of the creditors' meeting.

5. Counsel's staff for the Debtor has complied with Local Rule 1007.1(b) by contacting the U.S. Trustee regarding this Motion. Mr. Bublick is unopposed to the extension requested.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests that the Court enter an order extending the time by which it may file its Deficient Documents until **May 15, 2023**, and grant such other relief as justice may require.

Dated: May 1, 2023.

Respectfully submitted,

By:  */s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023
SPECTOR & COX, PLLC
Banner Place, Suite 850
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

PROPOSED COUNSEL FOR THE DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case on May 1, 2023.

*/s/ Howard Marc Spector*
Howard Marc Spector