UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:                                                                                                  Bankr. Case No. 23-30745-SWE

Builders Direct Sales Group LLC                                                              Chapter 11

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing LTD d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By  /s/  Lorenzo Nunez

        Lorenzo Nunez
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:                                                                                          Bankr. Case No. 23-30745-SWE

Builders Direct Sales Group LLC                                                                 Chapter 11

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 2, 2023 :

| | |
|---|---|
| Howard Marc Spector | US Trustee |
| Spector & Cox, PLLC | Office of the U.S. Trustee |
| 12770 Coit Road | 110 N. College Ave. |
| Banner Place, Suite 850 | Suite 300 |
| Dallas, TX 75251 | Tyler, TX 75702 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx87958 / 1072129