

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 2, 2023**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | |
| **Builders Direct Sales Group, LLC** § | **Case No. 23-30745** |
| § | |
| **Debtor.** § | |

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

On this date, came on to be considered the Motion to Extend Time to File Schedules and Statement of Financial Affairs (the "**Deficient Documents**") filed on behalf of Builders Direct Sales Group, LLC (the "**Debtor**"). The Court finds that Motion is well taken and should be GRANTED. It is therefore

ORDERED that the Debtor shall file its Deficient Documents no later than **May 15, 2023**.

# # # End of Order # # #