# Builder Direct Sales Group

## Balance Sheet
### As of March 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Independent Financial - MM - 7471 | 40.08 |
|       Independent Financial - Operating - 7414 | 51,368.26 |
|       Independent Financial - Warranty Acct - 0436 | 132.00 |
|     **Total Bank Accounts** | **$51,540.34** |
|     Other Current Assets | |
|       A/R for Equip pd on AMEX - Uninvoiced | 150,000.00 |
|       A/R for non-invoiced equipment | 350,000.00 |
|       Customer Receivables | 398,780.22 |
|       Security Deposit | 1,970.00 |
|     **Total Other Current Assets** | **$900,750.22** |
|   **Total Current Assets** | **$952,290.56** |
|   Fixed Assets | |
|     Accumulated Depreciation | -356,286.98 |
|     Building Improvements | 25,709.97 |
|     Forklift | 27,377.28 |
|     Furniture & Fixtures | 211,101.50 |
|     Vehicles | 104,259.53 |
|   **Total Fixed Assets** | **$12,161.30** |
| **TOTAL ASSETS** | **$964,451.86** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|         American Express | 169,357.88 |
|       **Total Credit Cards** | **$169,357.88** |
|       Other Current Liabilities | |
|         Customer Prepayments | 487,664.93 |
|         Fork Lift Capital Lease | 4,398.31 |
|         Labor Warranty Payable | 59,766.00 |
|         Vendor Payables | 399,611.46 |
|       **Total Other Current Liabilities** | **$951,440.70** |
|     **Total Current Liabilities** | **$1,120,798.58** |

## Builder Direct Sales Group

### Balance Sheet
As of March 31, 2023

|  | TOTAL |
|---|---:|
| Long-Term Liabilities | |
|   Motili Note Payable | 1,481,057.09 |
|   Truck Payable | 39,620.30 |
|   Truck Payable - GM Financial | 22,571.31 |
| **Total Long-Term Liabilities** | **$1,543,248.70** |
| **Total Liabilities** | **$2,664,047.28** |
| Equity | |
|   Opening Balance Equity | -1,740,219.98 |
|   Retained Earnings | |
|   Shareholder Distribution - Cook | -22,266.82 |
|   Net Income | 62,891.38 |
| **Total Equity** | **$ -1,699,595.42** |
| **TOTAL LIABILITIES AND EQUITY** | **$964,451.86** |