# Builder Direct Sales Group

## Statement of Operations
### January - March, 2023

|  | TOTAL |
|---|---:|
| **Income** |  |
|   Overpayment Refund | -35,396.63 |
|   Sales | 774,042.92 |
| **Total Income** | **$738,646.29** |
| **Cost of Goods Sold** |  |
|   COS - Labor | 990.00 |
|   Materials | 159,568.44 |
|   Sales Tax | 65,182.88 |
| **Total Cost of Goods Sold** | **$225,741.32** |
| **GROSS PROFIT** | **$512,904.97** |
| **Expenses** |  |
|   Auto Expense | 134.50 |
|   Bank Fees | 2,430.31 |
|   Cell Phones & Internet | 904.98 |
|   Cleaning & Maintenance | 1,518.23 |
|   Computer Subscriptions & Expenses | 6,263.46 |
|   Consulting - Accounting | 2,268.02 |
|   Dues and Subscriptions | 1,284.12 |
|   Electricity | 799.37 |
|   Equipment Lease Expense | 456.47 |
|   Fuel | 2,095.48 |
|   Health Insurance | 35,243.54 |
|   Insurance | 308.82 |
|   Insurance - Gen. Liability | 38,116.00 |
|   Interest Expense | 5,922.43 |
|   Internet | 591.21 |
|   Janitorial Expense | 725.28 |
|   Legal Fees | 34,238.00 |
|   Meals | 9,711.86 |
|   Office Expense | 705.59 |
|   Office Supplies | 973.16 |
|   Officer Compensation | 7,000.00 |
|   Parking and Tolls | 821.77 |
|   Payroll Expense | 206,736.41 |
|   Property Taxes | 3,125.14 |
|   Rent - Building | 17,770.47 |
|   Rent - Warehouse | 38,253.11 |
|   Retirement Plan Expense | 10,475.80 |
|   Security | 173.08 |
|   Small Tools | 272.89 |
|   Texas Franchise Tax | 7,528.70 |

# Builder Direct Sales Group

## Profit and Loss
### January - March, 2023

|  | TOTAL |
|---|---:|
| Travel | 419.00 |
| Uncategorized Expense | 1,038.58 |
| Utilities - Electricity | 1,543.82 |
| Utilities - Gas | 1,100.26 |
| Utilities - Trash | 305.45 |
| Warranty Labor | 18,172.00 |
| Website | 1,086.31 |
| **Total Expenses** | **$460,513.62** |
| **NET OPERATING INCOME** | **$52,391.35** |
| Other Income |  |
|   Interest Income | 0.03 |
|   Rent Income | 10,500.00 |
| **Total Other Income** | **$10,500.03** |
| **NET OTHER INCOME** | **$10,500.03** |
| **NET INCOME** | **$62,891.38** |