# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE:<br>BUILDERS DIRECT SALES GROUP LLC | CASE NO: 23-30745<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/5/2023, I did cause a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy Case

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/5/2023

/s/ Howard Marc Spector
Howard Marc Spector  785023

Spector & Cox, PLLC
12770 Coit Rd, St 850
Dallas, TX  75251
214 365 5377
ahawkins@spectorcox.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | CASE NO: 23-30745 |
|---|---|
| BUILDERS DIRECT SALES GROUP LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11 |

On 5/5/2023, a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy Case

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/5/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Rd, St 850
Dallas, TX  75251

```
USPS FIRST CLASS MAIL TO THE FOLLOWING: Parties whose names are struck through were not sent a First Class USPS Mail Service.

CASE INFO                                                                                  DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING        ACAR LEASING LTD DBA GM FINANCIAL                  BUILDERS DIRECT SALES GROUP LLC
NCRS ADDRESS DOWNLOAD                   LEASIN                                             2009 MCKENZIE DR
CASE 23-30745                           P O BOX 183853                                     SUITE 124
NORTHERN DISTRICT OF TEXAS              ARLINGTON   TX 76096-3853                          CARROLLTON   TX 75006-8366
FRI MAY 5 9-16-17 PST 2023



EXCLUDE                                                                                    EXCLUDE

1100 COMMERCE STREET                    ACAR LEASING LTD DBA GM FINANCIAL                  (D)ACAR LEASING LTD DBA GM FINANCIAL
ROOM 1254                               LEASING                                            LEASING
DALLAS   TX 75242-1305                  PO BOX 183853                                      P O BOX 183853
                                        ARLINGTON   TX 76096-3853                          ARLINGTON   TX 76096-3853





AMERICAN EXPRESS                        BFG CORPORATION                                    BOSCH
PO BOX 981535                           2801 LAKESIDE DR   STE 212                         38000 HILLS TECH DR
EL PASO   TX 79998-1535                 BANNOCKBURN   IL 60015-1200                        FARMINGTON   MI 48331-3418





CARRIER NORTH TEXAS                     DAILIN COMFORT TECHNOLOGIES MANU                   FIRST INDUSTRIAL
2000 LUNS RD                            19001 KERMIER RD                                   5310 HARVEST HILL
CARROLLTON   TX 75006-6424              WALLER   TX 77484-8810                             DALLAS   TEXAS 75230-5846





IRS                                     JOHNSON SUPPLY                                     MISTY GASIOROWSKI
PO BOX 7346                             10151 STELLA LINK                                  24 GREENWAY PLAZA   ST 2050
PHILADELPHIA   PA 19101-7346            HOUSTON   TX 77025-5398                            HOUSTON   TX 77046





MOTILI INC                              TEXAS ACE HEATING AND AIR                          UNITED STATES TRUSTEE
1900 WAZEE   ST 1533                    870 DIVIDEND RD   ST C                             1100 COMMERCE STREET
DENVER   CO 80202-1206                  MIDLOTHIAN   TX 76065-6530                         ROOM 976
                                                                                           DALLAS   TX 75242-0996



UNITED STATES TRUSTEE                   WINN SUPPLY                                        BRAD W ODELL SBRA V
1100 COMMERCE STREET                    1445 W BELTLINE RD ST 100 CARROLLTON T             MULLIN HOARD   BROWN   LLP
ROOM 976                                CAROLLTON   TX 75006-6928                          PO BOX 2585
DALLAS   TEXAS 75242-0996                                                                  LUBBOCK   TX 79408-2585





HOWARD MARC SPECTOR
SPECTOR   COX   PLLC
12770 COIT ROAD
BANNER PLACE   SUITE 850
DALLAS   TX 75251-1336
```