**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  **Builders Direct Sales Group LLC**          CASE NO  **23-30745**

                                                                                         CHAPTER  **11**

*Supplemental*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/15/2023                                            Signature  /s/ James Cook
                                                                              *James Cook*
                                                                              *Manager*

Date  _____                    Signature  _____

```
Builder Trade Partners
PO Box 1445
Lake Dallas, TX 75065




Daikin Comfort Technologies Manu.
19001 Kermier Rd
Waller, TX 77484




First Industrial
5310 Harvest Hill
Dallas, Texas 75230




GM Financial
Attn: Accounts Payable
P.O. Box 1630




Independant Bank
P.O. Box 3035
McKinney, Texas 75070




Robert Madden Industries
2401-2419 Walnut Ridge,
Dallas, TX 75229


JS Company Owned Stores TX, LLC
2707 E Interstate 30
Grand Prairie, TX 75050


 Jones Sign Co.
 2009 Mckenzie Drive, Suite 124,
 Carrollton, TX 75006
```