UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>BUILDERS DIRECT SALES GROUP LLC | CASE NO: 23-30745<br><br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/17/2023, I did cause a copy of the following documents, described below,

APPLICATION FOR FINAL ORDER PURSUANT TO § 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SPECTOR & COX, PLLC  AS COUNSEL FOR THE DEBTOR IN POSSESSION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/17/2023

/s/ Howard Marc Spector
Howard Marc Spector  785023

Spector & Cox, PLLC
12770 Coit Rd, St 850
Dallas, TX  75251
214 365 5377
ahawkins@spectorcox.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:

BUILDERS DIRECT SALES GROUP LLC

CASE NO: 23-30745

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 5/17/2023, a copy of the following documents, described below,

APPLICATION FOR FINAL ORDER PURSUANT TO § 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE
EMPLOYMENT AND RETENTION OF SPECTOR & COX, PLLC  AS COUNSEL FOR THE DEBTOR IN POSSESSION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient
postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth
herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above
referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of
Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/17/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Rd, St 850
Dallas, TX  75251

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-30745
NORTHERN DISTRICT OF TEXAS
WED MAY 17 9-59-48 PST 2023

ACAR LEASING LTD DBA GM FINANCIAL
LEASIN
P O BOX 183853
ARLINGTON   TX 76096-3853

DEBTOR

BUILDERS DIRECT SALES GROUP LLC
2009 MCKENZIE DR
SUITE 124
CARROLLTON   TX 75006-8366

~~EXCLUDE~~

~~1100 COMMERCE STREET~~
~~ROOM 1254~~
~~DALLAS   TX 75242 1305~~

ACAR LEASING LTD DBA GM FINANCIAL
LEASING
PO BOX 183853
ARLINGTON   TX 76096-3853

~~EXCLUDE~~

~~(D)ACAR LEASING LTD DBA GM FINANCIAL~~
~~LEASING~~
~~P O BOX 183853~~
~~ARLINGTON   TX 76096-3853~~

AMERICAN EXPRESS
PO BOX 981535
EL PASO   TX 79998-1535

BFG CORPORATION
2801 LAKESIDE DR   STE 212
BANNOCKBURN   IL 60015-1200

BOSCH
38000 HILLS TECH DR
FARMINGTON   MI 48331-3418

BUILDER TRADE PARTNERS
PO BOX 1445
LAKE DALLAS   TX 75065-1445

CARRIER NORTH TEXAS
2000 LUNS RD
CARROLLTON   TX 75006-6424

DAIKIN COMFORT TECHNOLOGIES MANU
19001 KERMIER RD
WALLER   TX 77484-8810

DAILIN COMFORT TECHNOLOGIES MANU
19001 KERMIER RD
WALLER   TX 77484-8810

FIRST INDUSTRIAL
5310 HARVEST HILL
DALLAS   TEXAS 75230-5806

GM FINANCIAL
ATTN ACCOUNTS PAYABLE
P0 BOX 1630
FORT WORTH   TX 76101-1630

IRS
PO BOX 7346
PHILADELPHIA   PA 19101-7346

INDEPENDANT BANK
PO BOX 3035
MCKINNEY   TEXAS 75070-8181

JS COMPANY OWNED STORES TX   LLC
2707 E INTERSTATE 30
GRAND PRAIRIE   TX 75050-5815

JOHNSON SUPPLY
10151 STELLA LINK
HOUSTON   TX 77025-5398

JONES SIGN CO
2009 MCKENZIE DRIVE   SUITE 124
CARROLLTON   TX 75006-8366

MISTY GASIOROWSKI
24 GREENWAY PLAZA   ST 2050
HOUSTON   TX 77046

MOTILI INC
1900 WAZEE   ST 1533
DENVER   CO 80202-1206

ROBERT MADDEN INDUSTRIES
24012419 WALNUT RIDGE
DALLAS   TX 75229

TEXAS ACE HEATING AND AIR
870 DIVIDEND RD   ST C
MIDLOTHIAN   TX 76065-6530

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS   TX 75242-0996

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS   TEXAS 75242-0996

WINN SUPPLY
1445 W BELTLINE RD ST 100 CARROLLTON T
CAROLLTON   TX 75006-6928

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via the court's CM/ECF Mail Service.

BRAD W ODELL SBRA V
MULLIN HOARD  BROWN  LLP
PO BOX 2585
LUBBOCK  TX 79408-2585

HOWARD MARC SPECTOR
SPECTOR  COX  PLLC
12770 COIT ROAD
BANNER PLACE  SUITE 850
DALLAS  TX 75251-1336