# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>Builders Direct Sales Group LLC | CASE NO: 23-30745<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 5/17/2023, I did cause a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy Case (341 Notice)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/17/2023

/s/ Howard Marc Spector
Howard Marc Spector  785023

Spector & Cox, PLLC
12770 Coit Rd, St 850
Dallas, TX  75251
214 365 5377
ahawkins@spectorcox.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 23-30745 |
| Builders Direct Sales Group LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 5/17/2023, a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy Case (341 Notice)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/17/2023

_[signature]_
_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Rd, St 850
Dallas, TX  75251

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BUILDER TRADE PARTNERS<br>PO BOX 1445<br>LAKE DALLAS, TX 75065 | DAIKIN COMFORT TECHNOLOGIES MANU.<br>19001 KERMIER RD<br>WALLER, TX 77484 | FIRST INDUSTRIAL<br>5310 HARVEST HILL<br>DALLAS, TEXAS 75230 |
| GM FINANCIAL<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 1630<br>FORT WORTH, TX 76101 | INDEPENDANT BANK<br>P.O. BOX 3035<br>MCKINNEY, TEXAS 75070 | ROBERT MADDEN INDUSTRIES<br>2401-2419 WALNUT RIDGE,<br>DALLAS, TX 75229 |
| JS COMPANY OWNED STORES TX, LLC<br>2707 E INTERSTATE 30<br>GRAND PRAIRIE, TX 75050 | JONES SIGN CO.<br>2009 MCKENZIE DRIVE, SUITE 124,<br>CARROLLTON, TX 75006 | |