**WILLIAM RILEY NIX, TBA #15043600**
NIX LAW FIRM
717 North Crockett Street
Sherman, Texas 75090-4979
Phone: 903-870-0212
Fax:    903-870-0109
Email: riley_nix@yahoo.com
**ATTORNEY FOR INDEPENDENT FINANCIAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **BUILDERS DIRECT SALES GROUP LLC,** | § § | Case No. 23-30745-swe11 Chapter 11 |
| **Debtor** | § § | |

NOTICE OF ENTRY OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b), REQUEST FOR COPIES PURSUANT TO BANKRUPTCY RULE 9010(b), REQUEST FOR COPIES PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b), AND REQUEST FOR PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

PLEASE TAKE NOTICE that **WILLIAM RILEY NIX** of the **NIX LAW FIRM** appears in the above-captioned case as counsel for **INDEPENDENT FINANCIAL**, a creditor and party-in-interest in this matter, and hereby requests that all notices given or required to be given in this case, and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

**WILLIAM RILEY NIX
NIX LAW FIRM
717 NORTH CROCKETT STREET
SHERMAN, TEXAS 75090
PHONE: 903/870-0212
FAX:    903/870-0109
EMAIL:  riley_nix@yahoo.com**

This request encompasses all notices, copies, and pleadings referred to in Title 11 of the United States Code, or in Rules 2002, 3017, or 9002 of the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex, e-mail or otherwise, which affect or seek to affect the above case or affect or seek to affect **INDEPENDENT FINANCIAL**.

Respectfully submitted,

*/s/ William Riley Nix*
WILLIAM RILEY NIX, TBA #15043600
NIX LAW FIRM
717 North Crockett Street
Sherman, Texas 75090
Phone: 903-870-0212
Fax:    903/870-0109
Email: riley_nix@yahoo.com

ATTORNEY FOR INDEPENDENT FINANCIAL

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing Notice of Entry of Appearance for Independent Financial has been served either electronically or by first class U.S. Mail in compliance with the Federal and Local Rules of Bankruptcy Procedure as indicated below on **May 25, 2023,** to the following:

*Via First-Class, US Mail to:*

Builders Direct Sales Group LLC
Debtor
2009 McKenzie Dr., Suite 124
Carrollton, TX 75006

*Via Electronic Notification to:*

Howard Marc Spector
Attorney for Debtor
12770 Coit Road
Banner Place, Suite 850
Dallas, TX 75251
(214) 365-5377
hspector@spectorcox.com

Brad W. Odell - Sub V Trustee
P.O. Box 2585
Lubbock, TX 79408
(806) 765-7491
bodell@mhba.com

*Via Electronic Notification to:*

Meredyth A. Kippes
Office of the US Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
214-767-8967
meredyth.kippes@usdoj.gov
ustpregion06.da.ecf@usdoj.gov

Lorenzo Nunez
Attorney for ACAR Leasing LTD
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

And to all parties requesting notice by ECF on file in this proceeding.

*/s/ William Riley Nix*
WILLIAM RILEY NIX
