Howard Marc Spector
TBA #00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

**PROPOSED COUNSEL
FOR THE DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Builders Direct Sales Group, LLC** | § | Case No. 23-30745-11 |
| | § | |
| **Debtor.** | § | **(Chapter 11)** |
| | § | |

### DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. § 1188

COMES NOW, Builders Direct Sales Group, LLC (the "**Debtor**"), as debtor and debtor-in-possession in the above-captioned case, and files this Status Report Pursuant to 11 U.S.C. § 1188 (the "**Report**") and in support thereof would respectfully show unto the Court as follows:

1. On April 15, 2023, the Debtor filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code (the "**Code**").

2. The Debtor elected to proceed under Sub-Chapter V of the Code.

3. Pursuant to 11 U.S.C. § 1188 (c) the Debtor files this Status Report.

4. The Debtor creates individualized programs for builders that are proven to control cost, decrease issues, and increase consumer satisfaction. The Debtor provides HVAC systems that meet industry standards and a program that exceeds them.

5. The Debtor is prepared to file a plan by July 10, 2023. Under the plan, the Debtor expects to continue operations.

6. The Debtor's plan should be set for confirmation in August or September 2023.

Dated: May 31, 2023.

Respectfully submitted,

By: /s/ Howard Marc Spector
Howard Marc Spector
TBA #00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

PROPOSED COUNSEL FOR THE DEBTOR

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case on May 31, 2023.

/s/ Howard Marc Spector
Howard Marc Spector