Christopher J. Dylla
Texas State Bar No. 24128128
Assistant Attorney General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone.: (512) 475-4562
Facsimile: (512) 936-1409
christopher.dylla@oag.texas.gov

**COUNSEL FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 23-30745-SWE |
| | § | |
| BUILDERS DIRECT SALES GROUP LLC, | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division ("Texas Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Christopher J. Dylla
Assistant Attorney General
christopher.dylla@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor or any other interested parties in this case,

including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

        Respectfully submitted,

        JOHN SCOTT
        Provisional Attorney General

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        SHAWN E. COWLES
        Deputy Attorney General for Civil Litigation

        RACHEL R. OBALDO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/*

        *Christopher J. Dylla*
        Christopher J. Dylla
        Assistant Attorney General
        christopher.dylla@oag.texas.gov
        Texas Bar No. 24128128
        c/o Sherri K. Simpson, Paralegal
        sherri.simpson@oag.texas.gov
        Bankruptcy & Collections Division
        P.O. Box 12548
        Austin, TX  78711-2548
        tel: (512) 475-4562
        fax: (512) 936-1409

        **COUNSEL FOR THE TEXAS**
        **COMPTROLLER OF PUBLIC ACCOUNTS**

## **CERTIFICATE OF SERVICE**

      I certify that on June 6, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Builders Direct Sales Group LLC
2009 McKenzie Dr., Suite 124
Carrollton, TX 75006

By Electronic Mean as listed on the Court's ECF Noticing System:

- **William Riley Nix** Riley_Nix@yahoo.com, williamrnix3@gmail.com
- **Brad W. Odell -SBRA V** bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxn@ecf.axosfs.com
- **Howard Marc Spector** hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com
- **United States Trustee** ustpregion06.da.ecf@usdoj.gov

                                                                      */s/ Sherri K. Simpson*
                                                                      Sherri K. Simpson