Julian P. Vasek
Texas Bar No. 24070790
**MUNSCH HARDT KOPF & HARR P.C.**
500 N. Akard St., Ste. 3800
Dallas, TX 75201
214-855-7528
jvasek@munsch.com

*Counsel to First Industrial Texas, LP*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>Builders Direct Sales Group, LLC,<br><br>    Debtor. | § § § § § § § § § | Case No. 23-30745<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS, AND ORDERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to First Industrial Texas LP ("<u>First Industrial</u>") a creditor and party-in-interest in the above-captioned chapter 11 case, and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon First Industrial by and through service on the following counsel:

Julian P. Vasek
Munsch Hardt Kopf & Harr P.C.
500 N. Akard St., Ste. 3800
Dallas, TX 75201
jvasek@munsch.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order,

1

pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended to be a consent by First Industrial to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, nor a waiver of strict service in connection with any adversary proceeding related to this case, nor a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which First Industrial is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**RESPECTFULLY SUBMITTED** this 7th day of June, 2023

**MUNSCH HARDT KOPF & HARR P.C.**

/s/ *Julian P. Vasek*
Julian P. Vasek
Texas Bar No. 24070790
500 N. Akard St., Ste. 3800
Dallas, TX 75201
214-855-7528
jvasek@munsch.com

**COUNSEL TO FIRST INDUSTRIAL TEXAS, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I caused to be served a true and correct copy of the foregoing document, by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to all parties entitled to CM/ECF notice.

/s/ *Julian P. Vasek*
Julian P. Vasek