**Fill in this information to identify the case:**

Debtor Name __Builder Direct Sales Group LLC__

United States Bankruptcy Court for the: Northern District of Texas

Case number: __23-30745-swe11__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11               12/17

Month: __4/15/2023 - 05/31/23__

Line of business: __HVAC Sales__

Date report filed: __06/21/2023__
MM / DD / YYYY

NAISC code: __423400__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          James B Cook

Original signature of responsible party   _James B Cook_

Printed name of responsible party   James B. Cook

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Builder Direct Sales Group LLC _____     Case number 23-30745-swe11 _____

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 33,491.83

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 249967.96

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 245803.41

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 4,164.55

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 37,656.38

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 2669928

Debtor Name  Builder Direct Sales Group LLC

Case number 23-30745-swe11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 949171

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 8

27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 1,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____

30. How much have you paid this month in other professional fees? $ _____

31. How much have you paid in total other professional fees since filing the case? $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 215,700 | − | $ 249,968 | = | $ -34,268 |
| 33. **Cash disbursements** | $ 196,774 | − | $ 245,803 | = | $ -49,029 |
| 34. **Net cash flow** | $ 18,926 | − | $ 4,165 | = | $ -14,761 |

35. Total projected cash receipts for the next month: $ 94000

36. Total projected cash disbursements for the next month: − $ 101000

37. Total projected net cash flow for the next month: = $ -7000

Debtor Name  Builder Direct Sales Group LLC                          Case number 23-30745-swe11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# BUILDER DIRECT SALES GROUP LLC

## Balance Sheet

As of May 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Independent Financial - MM - 7471 | 20.09 |
| Independent Financial - Operating - 7414 | 37,504.29 |
| Independent Financial - Warranty Acct - 0436 | 132.00 |
| **Total Bank Accounts** | **$37,656.38** |
| Accounts Receivable | |
| Customer A/R | 441,305.10 |
| **Total Accounts Receivable** | **$441,305.10** |
| Other Current Assets | |
| A/R for Equip pd on AMEX - Uninvoiced | 150,000.00 |
| A/R for non-invoiced equipment | 350,000.00 |
| Due To/ Due From BTP | 7,866.00 |
| Inventory Asset | 82,278.29 |
| Security Deposit | 0.00 |
| **Total Other Current Assets** | **$590,144.29** |
| **Total Current Assets** | **$1,069,105.77** |
| Fixed Assets | |
| Accumulated Depreciation | -356,286.98 |
| Building Improvements | 25,709.97 |
| Forklift | 27,377.28 |
| Furniture & Fixtures | 211,101.50 |
| Vehicles | 104,259.53 |
| **Total Fixed Assets** | **$12,161.30** |
| **TOTAL ASSETS** | **$1,081,267.07** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 3,969.53 |
| **Total Accounts Payable** | **$3,969.53** |
| Credit Cards | |
| American Express | 178,305.57 |

# BUILDER DIRECT SALES GROUP LLC

## Balance Sheet

As of May 31, 2023

|  | TOTAL |
|---|---|
| **Total Credit Cards** | **$178,305.57** |
| Other Current Liabilities |  |
|   Customer Prepayments | 487,664.93 |
|   Fork Lift Capital Lease | 3,141.65 |
|   Labor Warranty Payable | 56,263.50 |
|   Texas State Comptroller Payable | 7,271.06 |
|   Vendor Payables | 399,611.46 |
| **Total Other Current Liabilities** | **$953,952.60** |
| **Total Current Liabilities** | **$1,136,227.70** |
| Long-Term Liabilities |  |
|   Motili Note Payable | 1,481,057.09 |
|   Truck Payable | 38,598.12 |
|   Truck Payable - GM Financial | 21,783.59 |
| **Total Long-Term Liabilities** | **$1,541,438.80** |
| **Total Liabilities** | **$2,677,666.50** |
| Equity |  |
|   Opening Balance Equity | -2,056,721.91 |
|   Retained Earnings | 277,827.73 |
|   Net Income | 182,494.75 |
| **Total Equity** | **$ -1,596,399.43** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,081,267.07** |

# BUILDER DIRECT SALES GROUP LLC

## Balance Sheet

### As of May 31, 2023

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Independent Financial - MM - 7471 | 20.09 |
| Independent Financial - Operating - 7414 | 37,504.29 |
| Independent Financial - Warranty Acct - 0436 | 132.00 |
| **Total Bank Accounts** | **$37,656.38** |
| Other Current Assets | |
| A/R for Equip pd on AMEX - Uninvoiced | 150,000.00 |
| A/R for non-invoiced equipment | 350,000.00 |
| Due To/ Due From BTP | 7,866.00 |
| Inventory Asset | 82,278.29 |
| Security Deposit | 0.00 |
| **Total Other Current Assets** | **$590,144.29** |
| **Total Current Assets** | **$627,800.67** |
| Fixed Assets | |
| Accumulated Depreciation | -356,286.98 |
| Building Improvements | 25,709.97 |
| Forklift | 27,377.28 |
| Furniture & Fixtures | 211,101.50 |
| Vehicles | 104,259.53 |
| **Total Fixed Assets** | **$12,161.30** |
| **TOTAL ASSETS** | **$639,961.97** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| American Express | 178,305.57 |
| **Total Credit Cards** | **$178,305.57** |
| Other Current Liabilities | |
| Customer Prepayments | 487,664.93 |
| Fork Lift Capital Lease | 3,141.65 |
| Labor Warranty Payable | 59,766.00 |
| Texas State Comptroller Payable | 0.00 |
| Vendor Payables | 399,611.46 |
| **Total Other Current Liabilities** | **$950,184.04** |
| **Total Current Liabilities** | **$1,128,489.61** |

# BUILDER DIRECT SALES GROUP LLC

### Balance Sheet

As of May 31, 2023

|  | TOTAL |
|---|---|
| Long-Term Liabilities |  |
| Motili Note Payable | 1,481,057.09 |
| Truck Payable | 38,598.12 |
| Truck Payable - GM Financial | 21,783.59 |
| **Total Long-Term Liabilities** | **$1,541,438.80** |
| **Total Liabilities** | **$2,669,928.41** |
| Equity |  |
| Opening Balance Equity | -2,056,721.91 |
| Retained Earnings | -12,055.85 |
| Net Income | 38,811.32 |
| **Total Equity** | **$ -2,029,966.44** |
| **TOTAL LIABILITIES AND EQUITY** | **$639,961.97** |

BUILDER DIRECT SALES GROUP LLC

**Independent Financial - Warranty Acct - 0436, Period Ending 05/31/2023**

**RECONCILIATION REPORT**

Reconciled on: 06/21/2023

Reconciled by: Shannon Adams

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 132.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 132.00 |
| | |
| Register balance as of 05/31/2023 | 132.00 |

BUILDER DIRECT SALES GROUP LLC

**Independent Financial - Operating - 7414, Period Ending 05/31/2023**

**RECONCILIATION REPORT**

Reconciled on: 06/05/2023

Reconciled by: Shannon Adams

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 84,979.78 |
| Checks and payments cleared (45) | -202,301.92 |
| Deposits and other credits cleared (12) | 154,826.43 |
| Statement ending balance | 37,504.29 |
| | |
| Register balance as of 05/31/2023 | 37,504.29 |
| Cleared transactions after 05/31/2023 | 0.00 |
| Uncleared transactions after 05/31/2023 | 14,050.16 |
| Register balance as of 06/05/2023 | 51,554.45 |

**Details**

Checks and payments cleared (45)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2023 | Expense | | Home Pro | -32.42 |
| 05/02/2023 | Expense | | BFG Corp | -628.33 |
| 05/03/2023 | Expense | | Pentegra Service | -1,382.76 |
| 05/03/2023 | Check | 1562 | Builder Trade Partners | -7,866.00 |
| 05/05/2023 | Journal | NSF | | -7,866.00 |
| 05/08/2023 | Check | 1563 | Shannon D Adams CPA | -1,685.56 |
| 05/08/2023 | Expense | | First Industrial | -9,049.49 |
| 05/08/2023 | Expense | | Jones Sign | -5,923.49 |
| 05/09/2023 | Expense | | Texas Comptroller | -293.55 |
| 05/09/2023 | Expense | | Builder Trade Partners | -10,234.18 |
| 05/09/2023 | Expense | | Atmos Energy | -96.12 |
| 05/09/2023 | Expense | | Blue Cross Blue Shield | -2,846.05 |
| 05/09/2023 | Expense | | Spectrum | -593.73 |
| 05/10/2023 | Expense | | Happy Computer | -1,227.84 |
| 05/10/2023 | Expense | | Transfirst | -50.00 |
| 05/10/2023 | Expense | | Shred-It | -120.00 |
| 05/10/2023 | Expense | | TECS | -1,417.00 |
| 05/10/2023 | Expense | | Republic Services | -94.45 |
| 05/11/2023 | Expense | | Builder Trade Partners | -6,414.60 |
| 05/11/2023 | Expense | | Denton Country Club | -1,387.59 |
| 05/12/2023 | Check | 1561 | Trustee Payment BC | -1,000.00 |
| 05/12/2023 | Check | 1564 | Josh Green | -3,888.05 |
| 05/12/2023 | Check | 1566 | JAMES COOK | -5,000.00 |
| 05/15/2023 | Expense | | JAMES COOK | -1,275.99 |
| 05/15/2023 | Expense | | Denton Country Club | -1,861.72 |
| 05/15/2023 | Expense | | Denton Country Club | -1,048.85 |
| 05/16/2023 | Check | 1567 | Builder Trade Partners LLC | -7,388.00 |
| 05/16/2023 | Expense | | Century Business | -25.00 |
| 05/16/2023 | Check | 1568 | Builder Trade Partners LLC | -19,018.00 |
| 05/16/2023 | Check | 1569 | Builder Trade Partners | -1,421.00 |
| 05/17/2023 | Check | 1572 | JAMES COOK | -822.31 |
| 05/18/2023 | Check | 1565 | New Century | -2,100.00 |
| 05/18/2023 | Expense | | American Gen Life | -102.94 |
| 05/18/2023 | Expense | | TXU | -432.28 |
| 05/22/2023 | Expense | | Builder Trade Partners LLC | -36,575.00 |
| 05/23/2023 | Check | 1570 | JAMES COOK | -4,189.63 |
| 05/23/2023 | Expense | | Builder Trade Partners | -6,279.00 |
| 05/23/2023 | Expense | | Builder Trade Partners | -14,998.00 |
| 05/24/2023 | Expense | | Builder Trade Partners | -6,279.00 |
| 05/24/2023 | Expense | | Builder Trade Partners | -6,855.36 |
| 05/24/2023 | Expense | | Builder Trade Partners LLC | -9,554.15 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/25/2023 | Expense | | Builder Trade Partners LLC | -3,354.23 |
| 05/25/2023 | Expense | | Builder Trade Partners LLC | -6,000.00 |
| 05/26/2023 | Expense | | Builder Trade Partners LLC | -3,351.00 |
| 05/31/2023 | Expense | | Independent Financial | -273.25 |

| Total | | | | -202,301.92 |
|-------|--|--|--|-------------|

Deposits and other credits cleared (12)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/01/2023 | Deposit | | | 866.00 |
| 05/01/2023 | Deposit | | | 11,420.93 |
| 05/02/2023 | Deposit | | Cheldan | 2,805.84 |
| 05/09/2023 | Deposit | | | 51,792.79 |
| 05/10/2023 | Deposit | | | 30,645.70 |
| 05/12/2023 | Deposit | | Cheldan | 6,081.48 |
| 05/12/2023 | Receive Payment | | Texas Energy and Comfort So… | 220.00 |
| 05/12/2023 | Receive Payment | | Texas Energy and Comfort So… | 708.00 |
| 05/16/2023 | Deposit | | HCreek Development | 7,887.10 |
| 05/16/2023 | Deposit | | | 30,274.04 |
| 05/22/2023 | Deposit | | | 9,554.15 |
| 05/25/2023 | Deposit | | | 2,570.40 |

| Total | | | | 154,826.43 |
|-------|--|--|--|-------------|

**Additional Information**

Uncleared checks and payments after 05/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/01/2023 | Expense | | American Gen Life | -397.92 |
| 06/01/2023 | Expense | | Home Pro | -32.42 |

| Total | | | | -430.34 |
|-------|--|--|--|-------------|

Uncleared deposits and other credits after 05/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/01/2023 | Receive Payment | | Texas Energy and Comfort So… | 928.00 |
| 06/01/2023 | Deposit | | Robert Madden Ind | 13,552.50 |

| Total | | | | 14,480.50 |
|-------|--|--|--|-------------|

BUILDER DIRECT SALES GROUP LLC

**Independent Financial - MM - 7471, Period Ending 05/31/2023**

**RECONCILIATION REPORT**

Reconciled on: 06/21/2023

Reconciled by: Shannon Adams

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                         USD

Statement beginning balance .................................................................................. 30.08
Checks and payments cleared (1) ............................................................................ -10.00
Deposits and other credits cleared (1) ...................................................................... 0.01
Statement ending balance ..................................................................................... 20.09

Register balance as of 05/31/2023 .......................................................................... 20.09
Cleared transactions after 05/31/2023 ..................................................................... 0.00
Uncleared transactions after 05/31/2023 .................................................................. 3,221.52
Register balance as of 06/21/2023 .......................................................................... 3,241.61

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/31/2023 | Expense | | Bank Fees | -10.00 |
| Total | | | | -10.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/31/2023 | Deposit | | Independent Financial | 0.01 |
| Total | | | | 0.01 |

**Additional Information**

Uncleared deposits and other credits after 05/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 06/09/2023 | Receive Payment | | Kindred Homes | 3,221.52 |
| Total | | | | 3,221.52 |

# BUILDER DIRECT SALES GROUP LLC

## Profit and Loss

April 15 - May 31, 2023

| | TOTAL |
|---|---:|
| Income | |
| Sales | 319,041.07 |
| **Total Income** | **$319,041.07** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 93,409.54 |
| Cost of Goods Sold - Rough | 12,454.00 |
| Cost of Goods Sold - Trim | 13,952.00 |
| Materials | 32.42 |
| Sales Tax | 460.61 |
| **Total Cost of Goods Sold** | **$120,308.57** |
| **GROSS PROFIT** | **$198,732.50** |
| Expenses | |
| Auto Expense | 67.14 |
| Bank Fees | 613.81 |
| Computer Subscriptions & Expenses | 1,413.40 |
| Consulting - Accounting | 1,500.00 |
| Contract Labor | 3,888.05 |
| Dues and Subscriptions | 6,003.12 |
| Expenses - Reimbursed | 4,189.63 |
| Insurance | 205.88 |
| Insurance - Gen. Liability | -17,190.00 |
| Interest Expense | 515.09 |
| Internet | 593.73 |
| Meals | 143.66 |
| Merchant Fees | 384.97 |
| Office Expense | 2,380.87 |
| Officer Compensation | 7,496.07 |
| Parking and Tolls | 320.64 |
| Payroll Expense | 34,155.48 |
| Rent - Building | 5,923.49 |
| Rent - Warehouse | 9,049.49 |
| Retirement Plan Expense | 2,765.52 |
| Uncategorized Expense | 2,846.05 |
| Utilities - Electricity | 878.21 |
| Utilities - Gas | 96.12 |
| Utilities - Trash | 189.88 |
| Warranty Labor | 14,890.00 |
| **Total Expenses** | **$83,320.30** |
| **NET OPERATING INCOME** | **$115,412.20** |

# BUILDER DIRECT SALES GROUP LLC

### Profit and Loss

April 15 - May 31, 2023

|  | TOTAL |
|---|---|
| Other Income |  |
| Interest Income | 0.01 |
| **Total Other Income** | **$0.01** |
| Other Expenses |  |
| Trustee Payment BC | 1,000.00 |
| **Total Other Expenses** | **$1,000.00** |
| NET OTHER INCOME | **$ -999.99** |
| NET INCOME | **$114,412.21** |

# BUILDER DIRECT SALES GROUP LLC

## Profit and Loss

April 15 - May 31, 2023

|  | TOTAL |
|---|---|
| Income | |
| Sales | 215,357.80 |
| **Total Income** | **$215,357.80** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 93,409.54 |
| Cost of Goods Sold - Rough | 12,454.00 |
| Cost of Goods Sold - Trim | 13,952.00 |
| Materials | 32.42 |
| Sales Tax | 293.55 |
| **Total Cost of Goods Sold** | **$120,141.51** |
| **GROSS PROFIT** | **$95,216.29** |
| Expenses | |
| Auto Expense | 67.14 |
| Bank Fees | 613.81 |
| Computer Subscriptions & Expenses | 1,413.40 |
| Consulting - Accounting | 1,500.00 |
| Contract Labor | 3,888.05 |
| Dues and Subscriptions | 6,003.12 |
| Expenses - Reimbursed | 4,189.63 |
| Insurance | 205.88 |
| Insurance - Gen. Liability | -17,190.00 |
| Interest Expense | 515.09 |
| Internet | 593.73 |
| Meals | 143.66 |
| Merchant Fees | 85.00 |
| Office Expense | 2,380.87 |
| Officer Compensation | 7,496.07 |
| Parking and Tolls | 320.64 |
| Payroll Expense | 34,155.48 |
| Rent - Building | 5,923.49 |
| Rent - Warehouse | 9,049.49 |
| Retirement Plan Expense | 2,765.52 |
| Uncategorized Expense | 2,846.05 |
| Utilities - Electricity | 878.21 |
| Utilities - Gas | 96.12 |
| Utilities - Trash | 189.88 |
| Warranty Labor | 14,890.00 |
| **Total Expenses** | **$83,020.33** |
| **NET OPERATING INCOME** | **$12,195.96** |

# BUILDER DIRECT SALES GROUP LLC

## Profit and Loss

April 15 - May 31, 2023

|  | TOTAL |
|---|---|
| Other Income |  |
| Interest Income | 0.01 |
| **Total Other Income** | **$0.01** |
| Other Expenses |  |
| Trustee Payment BC | 1,000.00 |
| **Total Other Expenses** | **$1,000.00** |
| NET OTHER INCOME | **$ -999.99** |
| NET INCOME | **$11,195.97** |



PO Box 3062, MS 12
McKinney, TX 75070

| ACCOUNT NUMBER | xxx0436 |
|---|---|
| STATEMENT DATE | 5/31/23 |
| PAGE | 1 of 2 |

```
     *0005665    S1
BUILDER DIRECT SALES GROUP LLC
WARRANTY REIMBURSEMENT ACCOUNT
4251 FM 2181 BOX 230-458
CORINTH TX 76210
```

# PUT YOUR **HOME EQUITY** TO WORK

## Use the equity in your home to fund your next project or adventure.     IFinancial.com/HomeEquity

Normal credit standards apply. For additional details, visit IFinancial.com/HomeEquity. Independent Financial is a trademark of Independent Bank, Member FDIC. NMLS#411428. ⌂ Equal Housing Lender.

## BASIC SMALL BUSINESS CHECKING

| | | | | |
|---|---|---|---|---|
| Account Number | xxx0436 | Statement Dates | 5/01/23 thru | 5/31/23 |
| Previous Stmt Balance | 132.00 | Days in Statement Period | | 31 |
| Deposits/Credits | 0.00 | Average Collected | | 132.00 |
| Checks/Debits | 0.00 | Average Ledger | | 132.00 |
| Service Charge | 0.00 | Interest Earned | | 0.00 |
| Interest Paid | 0.00 | | | |
| Current Stmt Balance | 132.00 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 132.00 | | | | |



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Independent Financial is a trademark of Independent Bank | Member FDIC ⌂ Equal Housing Lender
Customer Care 800.460.6634 | ifinancial.com
CSI REV 110121                                                                                                          6193-STMT

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.

(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for Debit Card point of sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

Reconciliation of Account

| CHECKS/TRANSACTIONS NOT PAID | | |
|---|---|---|
| Check #/ACH/Debit Card | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total of Transactions not paid | | |

Date_____

Please examine this statement and items at once and report any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your transactions paid by the bank and list the descriptions and amounts of those not paid in the space provided at the left. Include any transactions still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge(s) appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Subtract total of Transactions not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE**  ➤



**INDEPENDENT**
FINANCIAL™

PO Box 3062, MS 12
McKinney, TX 75070

| ACCOUNT NUMBER | xxx7414 |
|---|---|
| STATEMENT DATE | 5/31/23 |
| PAGE | 1 of 7 |

```
        *0006133    S4
BUILDER DIRECT SALES GROUP LLC
4251 FM 2181 BOX 230-458
CORINTH TX 76210
```

# PUT YOUR **HOME EQUITY** TO WORK

## Use the equity in your home to fund your next project or adventure.     IFinancial.com/HomeEquity

Normal credit standards apply. For additional details, visit IFinancial.com/HomeEquity. Independent Financial is a trademark of Independent Bank, Member FDIC. NMLS#411428. ☎ Equal Housing Lender.

## SMALL BUSINESS AA

| Account Number | xxx7414 | Statement Dates | 5/01/23  thru  5/31/23 |
|---|---|---|---|
| Previous Stmt Balance | 84,979.78 | Days in Statement Period | 31 |
| Deposits/Credits | 154,826.43 | Average Collected | 88,812.64 |
| Checks/Debits | 202,301.92 | Average Ledger | 88,812.64 |
| Service Charge | 0.00 | Interest Earned | 0.00 |
| Interest Paid | 0.00 | | |
| Current Stmt Balance | 37,504.29 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | CR CD DEP  TSYS/TRANSFIRST<br>WFBTRANSF1  23/05/01<br>ID #- 543684555954116<br>BUILDER DIRECT SALES | 866.00 |
| 5/01 | REGULAR DEPOSIT | 11,420.93 |
| 5/02 | REGULAR DEPOSIT | 2,805.84 |
| 5/09 | REGULAR DEPOSIT | 51,792.79 |
| 5/10 | REGULAR DEPOSIT | 30,645.70 |
| 5/12 | Texas Ener melio<br>1320565847  23/05/12<br>ID #- e22179236<br>BDSG | 220.00 |
| 5/12 | Texas Ener melio<br>1320565847  23/05/12<br>ID #- e22179609<br>BDSG | 708.00 |
| 5/12 | REGULAR DEPOSIT | 6,081.48 |



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Independent Financial is a trademark of Independent Bank  |  Member FDIC ☎ Equal Housing Lender
Customer Care 800.460.6634  |  ifinancial.com
CSI REV 110121                                                                                         6193-STMT

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.

(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for Debit Card point of sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

### Reconciliation of Account

| CHECKS/TRANSACTIONS NOT PAID | | | |
|---|---|---|---|
| Check #/ACH/Debit Card | AMOUNT | | |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Date_____

Please examine this statement and items at once and report any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your transactions paid by the bank and list the descriptions and amounts of those not paid in the space provided at the left. Include any transactions still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge(s) appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| | Enter bank balance from statement | | |
| | Add deposits not credited by bank (if any) | | |
| | TOTAL | | |
| Total of Transactions not paid | Subtract total of Transactions not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➤ | | | |

| ACCOUNT NUMBER | xxx7414 |
|---|---|
| STATEMENT DATE | 5/31/23 |
| PAGE | 3 of 7 |

BUILDER DIRECT SALES GROUP LLC
4251 FM 2181 BOX 230-458
CORINTH TX 76210

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/16 | ACH Paymen HCREEK DEVELOPME<br>9752546486  23/05/16<br>ID #- 458591<br>Builder Direct Sales G | 7,887.10 |
| 5/16 | REGULAR DEPOSIT | 30,274.04 |
| 5/22 | REGULAR DEPOSIT | 9,554.15 |
| 5/25 | REGULAR DEPOSIT | 2,570.40 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | 972245577  HomePro<br>1364073289  23/05/01<br>ID# HT39330<br>TRACE# 071001506171798 | 32.42- |
| 5/02 | ACH COLL   BFG CORPORATION<br>1471921271  23/05/02<br>ID #- 55963<br>BUILDERS DIRECT SALES | 628.33- |
| 5/03 | CONS COLL  PENTEGRA SERVICE<br>9064465001        23/05/03 | 1,382.76- |
| 5/05 | RETURN ITEM | 7,866.00- |
| 5/08 | ACH Payments Tracking<br>ID:8581206 | 5,923.49- |
| 5/08 | ACH Payments Tracking<br>ID:8581197 | 9,049.49- |
| 5/09 | UTIL PYMT  ATMOS ENERGY RCR<br>9000000091  23/05/09<br>ID# 004040630877<br>TRACE# 111300953808015 | 96.12- |
| 5/09 | TEXNET    STATE COMPTRLR<br>1846000199  23/05/09<br>ID #- 07647674/30508<br>67296/16016/BUILDERS D | 293.55- |
| 5/09 | SPECTRUM  SPECTRUM<br>0000358635  23/05/09<br>ID# 8948134<br>TRACE# 021000026823268 | 593.73- |
| 5/09 | OBPPAYMT  HEALTH CARE SERV<br>3000027465  23/05/09<br>ID #- 5531467229<br>BUILDER DIRECT SALES G | 2,846.05- |
| 5/09 | WIRE-OUT 20231290109900<br>BTP | 10,234.18- |
| 5/10 | MERCH FEES TSYS/TRANSFIRST<br>WFBTRANSF1  23/05/10<br>ID #- 543684555954116<br>BUILDER DIRECT SALES | 50.00- |

| ACCOUNT NUMBER | xxx7414 |
|---|---|
| STATEMENT DATE | 5/31/23 |
| PAGE | 4 of 7 |

BUILDER DIRECT SALES GROUP LLC
4251 FM 2181 BOX 230-458
CORINTH TX 76210

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/10 | RSIBILLPAY REPUBLICSERVICES<br>7860843596 23/05/10<br>ID# 306150117995<br>TRACE# 051000013726910 | 94.45- |
| 5/10 | Collection Shred-it USA LLC<br>1683223000      23/05/10 | 120.00- |
| 5/10 | SALE      HAPPY COMPUTER I<br>9215986202 23/05/10<br>ID#<br>TRACE# 021000028780565 | 1,227.84- |
| 5/10 | SALE      TEXAS ENERGY AND<br>9215986202 23/05/10<br>ID #-<br>BUILDER DIRECT SALES G | 1,417.00- |
| 5/11 | PAP       Denton Country C<br>1750788391      23/05/11 | 1,387.59- |
| 5/11 | WIRE-OUT 20231310070900<br>BUILDER TRADE PARTNERS LLC | 6,414.60- |
| 5/15 | Payment   Club<br>9572967002      23/05/15 | 1,048.85- |
| 5/15 | Ext Trnsfr JPMorgan Chase<br>9200502231 23/05/15<br>ID# 17326353332<br>TRACE# 021000025105703 | 1,275.99- |
| 5/15 | Payment   Club<br>9572967002      23/05/15 | 1,861.72- |
| 5/16 | PURCHASE   Century Business<br>9000003500 23/05/16<br>ID #- 101431912<br>Builder Direct Sales | 25.00- |
| 5/18 | INS_PAYMT  AMERICAN GEN LIF<br>4250598210 23/05/18<br>ID# 000731043640<br>TRACE# 091000010014514 | 102.94- |
| 5/18 | TXU ACH   TXU ENERGY<br>1001020329 23/05/18<br>ID# 100074090254<br>TRACE# 021000027687142 | 432.28- |
| 5/22 | WIRE-OUT 20231420190600<br>BUILDER TRADE PARTNERS LLC | 36,575.00- |
| 5/23 | SALE      BUILDER TRADE PA<br>9215986202 23/05/23<br>ID #-<br>BUILDER DIRECT SALES G | 6,279.00- |
| 5/23 | SALE      BUILDER TRADE PA<br>9215986202 23/05/23<br>ID #-<br>BUILDER DIRECT SALES G | 14,998.00- |

0006133

61931NDP

30636D00X.007

26FDP

| ACCOUNT NUMBER | xxx7414 |
|---|---|
| **STATEMENT DATE** | 5/31/23 |
| **PAGE** | 5 of 7 |

BUILDER DIRECT SALES GROUP LLC
4251 FM 2181 BOX 230-458
CORINTH TX 76210

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/24 | SALE      BUILDER TRADE PA 9215986202 23/05/24 ID #- BUILDER DIRECT SALES G | 6,279.00- |
| 5/24 | SALE      BUILDER TRADE PA 9215986202 23/05/24 ID #- BUILDER DIRECT SALES G | 6,855.36- |
| 5/24 | WIRE-OUT 20231440121600 BUILDER TRADE PARTNERS | 9,554.15- |
| 5/25 | WIRE-OUT 20231450121500 BUILDER TRADE PARTNERS | 3,354.23- |
| 5/25 | WIRE-OUT 20231450121200 JAMES COOK | 6,000.00- |
| 5/26 | WIRE-OUT 20231460047100 JAMES COOK | 3,351.00- |
| 5/31 | Account Analysis Charge | 273.25- |

## CHECKS IN NUMBER ORDER

### Listed in numerical order

| Date | Check | Amount | Date | Check | Amount |
|---|---|---|---|---|---|
| 5/12 | 1561 | 1,000.00 | 5/16 | 1567 | 7,388.00 |
| 5/03 | 1562 | 7,866.00 | 5/16 | 1568 | 19,018.00 |
| 5/09 | 1563 | 1,685.56 | 5/16 | 1569 | 1,421.00 |
| 5/12 | 1564 | 3,888.05 | 5/23 | 1570 | 4,189.63 |
| 5/18 | 1565 | 2,100.00 | 5/17 | 1572* | 822.31 |
| 5/12 | 1566 | 5,000.00 | | | |

*(\*) indicates gap in sequence*

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 97,234.29 | 5/11 | 123,301.88 | 5/22 | 96,067.51 |
| 5/02 | 99,411.80 | 5/12 | 120,423.31 | 5/23 | 70,600.88 |
| 5/03 | 90,163.04 | 5/15 | 116,236.75 | 5/24 | 47,912.37 |
| 5/05 | 82,297.04 | 5/16 | 126,545.89 | 5/25 | 41,128.54 |
| 5/08 | 67,324.06 | 5/17 | 125,723.58 | 5/26 | 37,777.54 |
| 5/09 | 103,367.66 | 5/18 | 123,088.36 | 5/31 | 37,504.29 |
| 5/10 | 131,104.07 | | | | |

Independent Bank
xxx7414

0006133

61931NDP

30639D00X.007

26FDP

DnpAndE MEW



Deposit Amount $11,420.93 Date 5/1/2023



Deposit Amount $2,805.84 Date 5/2/2023



Deposit Amount $51,792.79 Date 5/9/2023



Deposit Amount $30,645.70 Date 5/10/2023



Deposit Amount $6,081.48 Date 5/12/2023



Deposit Amount $30,274.04 Date 5/16/2023



Deposit Amount $9,554.15 Date 5/22/2023



Deposit Amount $2,570.40 Date 5/25/2023



Check 1561 Amount $1,000.00 Date 5/12/2023



Check 1562 Amount $7,866.00 Date 5/3/2023



Check 1563 Amount $1,685.56 Date 5/9/2023



Check 1564 Amount $3,888.05 Date 5/12/2023

**Independent Bank**
xxx7414

Check 1565   Amount $2,100.00   Date 5/18/2023

Check 1566   Amount $5,000.00   Date 5/12/2023

Check 1567   Amount $7,388.00   Date 5/16/2023

Check 1568   Amount $19,018.00   Date 5/16/2023

Check 1569   Amount $1,421.00   Date 5/16/2023

Check 1570   Amount $4,189.63   Date 5/23/2023

Check 1572   Amount $822.31   Date 5/17/2023

## INDEPENDENT FINANCIAL™

PO Box 3062, MS 12
McKinney, TX 75070

| ACCOUNT NUMBER | xxx7471 |
|---|---|
| STATEMENT DATE | 5/31/23 |
| PAGE | 1 of 2 |

```
*0006139    S1
BUILDER DIRECT SALES GROUP LLC
MONEY MARKET
4251 FM 2181 BOX 230-458
CORINTH TX 76210
```

# PUT YOUR **HOME EQUITY** TO WORK

## Use the equity in your home to fund your next project or adventure. **IFinancial.com/HomeEquity**

Normal credit standards apply. For additional details, visit IFinancial.com/HomeEquity. Independent Financial is a trademark of Independent Bank, Member FDIC. NMLS#411428. ☎ Equal Housing Lender.

### MONEY MARKET

| | | | |
|---|---|---|---|
| Account Number | xxx7471 | Statement Dates | 5/01/23 thru 5/31/23 |
| Previous Stmt Balance | 30.08 | Days in Statement Period | 31 |
| Deposits/Credits | 0.00 | Average Collected | 30.08 |
| Checks/Debits | 0.00 | Average Ledger | 30.08 |
| Service Charge | 10.00 | Interest Earned | 0.01 |
| Interest Paid | 0.01 | Annual Percentage Yield Earned | 0.39 % |
| Current Stmt Balance | 20.09 | 2023 Interest Paid | 0.04 |

### SERVICE CHARGE SUMMARY

| Date | Description | Amount |
|---|---|---|
| | *Balance Fee in Service Charge | 10.00 |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/31 | Interest Deposit | 0.01 |

### OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/31 | Service Charge | 10.00- |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 30.08 | 5/31 | 20.09 | | |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Independent Financial is a trademark of Independent Bank | Member FDIC ☎ Equal Housing Lender
Customer Care 800.460.6634 | ifinancial.com
CSI REV 110121     6193-STMT

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.

(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for Debit Card point of sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

Reconciliation of Account

| CHECKS/TRANSACTIONS NOT PAID | |
|---|---|
| Check #/ACH/Debit Card | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total of Transactions not paid | |

Date_____

Please examine this statement and items at once and report any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your transactions paid by the bank and list the descriptions and amounts of those not paid in the space provided at the left. Include any transactions still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge(s) appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Subtract total of Transactions not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➤