Howard Marc Spector
TBA # 00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

**PROPOSED ATTORNEY FOR THE DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Builders Direct Sales Group, LLC** | § | Case No. 23-30745-11 |
| | § | |
| **Debtor.** | § | **(Chapter 11)** |
| | § | |

## CERTIFICATE OF NO OBJECTION

COMES NOW, Builders Direct Sales Group, LLC (the "**Debtor**"), by and through its undersigned counsel, hereby certify that no objections, responses or requests for hearing have been timely filed with the Court or served upon the Debtor with respect to the *Application for Final Order Pursuant to § 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Spector & Cox, PLLC as Counsel for the Debtor in Possession*. The Debtor further certifies that the notice period provided under Local Rule 9007 for the United States Bankruptcy Court for the Northern District of Texas has expired.

Dated: June 27, 2023.

Respectfully submitted,

*/s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorcox.com

PROPOSED COUNSEL FOR THE DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 27, 2023, a true and correct copy of the foregoing was served via electronic means to all parties who receive ECF notice in this case.

*/s/ Howard Marc Spector*
Howard Marc Spector