

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 30, 2023**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Builders Direct Sales Group, LLC** | § | **Case No. 23-30745-11** |
| | § | |
| **Debtor.** | § | **(Chapter 11)** |
| | § | |

### ORDER GRANTING APPLICATION FOR FINAL ORDER PURSUANT TO § 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SPECTOR & COX, PLLC AS COUNSEL FOR THE DEBTORS-IN-POSSESSION

On this day, came on for consideration the Application (the "**Application**") for Final Order Pursuant to § 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Spector & Cox, PLLC as Counsel (the "**Firm**") for the Debtor in Possession filed by Builders Direct Sales Group, LLC (the "**Debtor**") seeking approval of the Court to allow the Firm to represent the Debtor, as more particularly set forth in the Application and Affidavit on file in this matter. The Debtor and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Debtor or its estate, that the Firm is disinterested, and that the Firm's employment is in the best interest of the estate. It is therefore

ORDERED, that the Debtor is authorized to employ the Firm as counsel pursuant to 11 U.S.C. § 327(a), effective as of April 15, 2023, with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED, that the Firm shall comply in all respects with Local Rule 2016.1 of the United States Bankruptcy Court for the Northern District of Texas and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

# # # End of Order # # #